MURIEL KRULIAK, Respondent, v. CHARLES B. BRETZFELDER and LEON TUCHMANN, as Executors, etc., of MORRIS WEINSTEIN, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RAY R. POWERS, Appellant, v. ROBERT T. KANE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANKLIN C. EDSON, Appellant, v. MADELEINE L. STEELE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of OTTOMAR STANGE and Another, Copartners, etc., Respondents, for an Order Directing that the Arbitration Provided for in an Agreement Entered into between Petitioners and THOMPSON-STARRETT COMPANY, Appellant, etc., Proceed Pursuant to the Provisions Thereof and of the Arbitration Law.— Order modified by striking from the clauses with respect to the arbitral matters the words " and damages," and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS N. JAMES, as Executor, etc., of FRED S. JAMES, Deceased, Appellant, v. GEORGE W. BLOSSOM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM S. LIVINGSTON, 3D, and FRANCES L. DAHLGREN, Appellants, v. WILLIAM WALTER LIVINGSTON and Others, Respondents, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE DANCELAND, INC., Appellant, v. RICHARD MARKUS DECKER, Also Known as MARKUS DICKER, and Others, Defendants. SIDNEY REICHARD, Respondent, v. ROSE DANCELAND, INC., Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPHINE TESTA, Also Known as VILET DREMAS, Respondent, v. UNIVERSAL PRESS, Appellant.— Order modified by denying the motion for a bill of particulars as to the matters asked for in item 2 of the notice of motion beginning with the words " if oral," down to the end thereof, and granting said motion in other respects; and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERT GREEN, Appellant, v. CHARLES WENDEROTH and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.